FILED

MAR 2 4 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, | Case No. 11-26990-D-7 |
| MICHAEL HENRY EGAN, | |
| Debtor(s). | DATE: April 13, 2011 |
| | TIME: 10:00 a.m. |
| | DEPT: D (Courtroom 34) |

**ORDER SETTING HEARING ON FEE WAIVER APPLICATION**

Upon consideration of the debtor(s) Application for Waiver of the Chapter 7 Filing Fee, or Other Fee, and good cause appearing,

**IT IS ORDERED** that a hearing to consider the debtor(s)' Application for Waiver of the Chapter 7 Filing Fee or Other Fee shall be held on the above date and time at the United States Bankruptcy Court, Sixth Floor, Courtroom 34, 501 "I" Street, Sacramento, California. IF THE DEBTOR(S) FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR(S) CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Dated: MAR 2 4 2011

Robert S. Bardwil, Judge
United States Bankruptcy Court

CALENDARED JB

9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United
States Bankruptcy Court for the Eastern District of California
hereby certifies that a copy of the document to which this
certificate is attached was mailed today to the following
entities at the addresses shown below or on the attached list.

Michael Henry Egan III
5612 Haskell Ave
Carmichael, CA 95608

Carl A. Lux
2135 Santa Anita Avenue
Altadena, CA 91001

John R. Roberts
PO Box 1506
Placerville, CA 95667

Office of the U.S. Trustee
501 I St #7-500
Sacramento CA 95814

DATED: 3/24/11                    By:

                                     Deputy Clerk
                                       R. Lopez

EDC 3-070 (Rev. 6/28/10)